JOHN A. JOHNSON CONTRACTING CORP., Appellant, v. MARYLAND CASUALTY COMPANY et al., Respondents. (Appeal No. 2.) — In an action to recover damages for breach of contract, plaintiff appeals from a resettled order denying its motion to strike out the answers of the defendants, dismiss the counterclaim of defendant Larcourt, Inc., and grant judgment in favor of plaintiff. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

JOHN F. KASPAR, Appellant, v. ELBERT W. LINSCOTT, Respondent.— Action to recover damages for assault and battery. Order granting defendant's motion to strike out certain specified matter contained in the complaint modified on the law by deleting so much of the first ordering paragraph as strikes out part of paragraph "2" of the complaint and, as so modified, the order is affirmed, with $10 costs and disbursements to the appellant, with leave to defendant to answer within ten days from the entry of the order hereon. The matter set out in paragraph "2" of the complaint was improperly struck out. (3 Wait's New York Practice [4th ed.], § 10 and cases cited; 5 C. J., Assault and Battery, § 68.) Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

MILTON MOSES, Respondent, v. CHILDHOOD INTERESTS, INC., Appellant.— Action to recover commissions alleged to have been earned by plaintiff as defendant's sales representative. Appeal from an order granting in part plaintiff's motion for an examination of the defendant before trial and directing it to produce certain books and records upon such an examination. Order affirmed, with $10 costs and disbursements, the examination to proceed upon five days' notice. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY C. GIANNONE, Appellant.— Judgment of the County Court, Kings County, convicting defendant of the crimes of unlawful entry, possession of burglar's instruments (as a felony), and petit larceny, and sentencing him to imprisonment in Sing Sing Prison, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

CARL RIZZIO, Respondent, v. ROSE RIZZIO, Appellant.— Order dated February 5, 1945, granting reargument and on reargument adhering to the original determination, which denied defendant's application for alimony pendente lite although it granted counsel fee and other relief, insofar as appealed from, affirmed, without costs. Appeal from order dated December 7, 1944, dismissed, without costs. No opinion. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

JAMES J. SEAMAN, Respondent, v. EDWARD K. DE NOYELLE et al., Appellants. — Action for specific performance of a contract for the sale of real property. Defendants appeal from an order denying their motion to dismiss the complaint, based on the ground that the contract on which the action is founded is unenforcible under the provisions of the Statute of Frauds (Rules Civ. Prac., rule 107, subd. 8). Order affirmed, with $10 costs and disbursements, with leave to defendants to answer within ten days from the entry of the order hereon. (Tobias v. Lynch, 233 N. Y. 515; N. E. D. Holding Co. v. McKinley, 246 N. Y. 40; Restatement, Contracts, § 207, clause (c), illustration 12.) Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.